HERBERT A. COCHRANE v. JOHN J. HARPER.

February 27, 1979. Petition for certification denied.

LAWRENCE LAGANELLA v. SADDLE BROOK PIE, INC.

February 27, 1979. Petition for certification denied.

LAWRENCE LAGANELLA v.
TOWNSHIP OF SADDLE BROOK.

February 27, 1979. Petition for certification denied.

CHRISTINE RUST v. CITY OF TRENTON.

February 27, 1979. Petition for certification denied.

ANNE M. ATTARDI v.
BELL TELEPHONE LABORATORIES.

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. LEVI A. JACKSON.

February 27, 1979. Petition for certification denied.